**Khaim KHAIMOV, Appellant,**

v.

**Karolina ZERETSKY; Marvin Silver; Joy Bartscher; Pedro Bahamone; Dan Larson; Janet Zander, Appellees.**

No. 01–1345.

United States Court of Appeals, Eighth Circuit.

Submitted: July 5, 2001.

Filed: July 10, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

PER CURIAM.

Khaim Khaimov appeals the district court's preservice dismissal without prejudice of Khaimov's 42 U.S.C. § 1983 action. Khaimov alleged that various persons cheated him of his wages, conspired to have him committed to a mental institution and falsely prosecuted for theft, and committed other wrongs against him. After de novo review of the record, we conclude dismissal was proper because no federal statutory right was at issue, *see* 28 U.S.C. § 1331; none of the named defendants was a state actor within the meaning of § 1983, *see Gentry v. City of Lee's Summit*, 10 F.3d 1340, 1342 (8th Cir.1993); and the court lacked subject matter jurisdiction

over any arguably perceivable state law claims, *see* 28 U.S.C. § 1332.

Accordingly, we affirm. *See* 8th Cir. R. 47A(a).